United States District Court
Southern District of Texas
ENTERED
SEP 0 3 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby, Clerk of Court

Rachel Hinojosa §
§
versus §  CIVIL ACTION B-98-108
§
Group + Pension §
Administrators, Inc., et al §

## Order

Joint Motion to Extend Time to File Motion to Remand

(Granted) Denied

Signed on September, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge