IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RACHEL HINOJOSA, <br> **Plaintiff** | § § § | |
| VS. | § | CIVIL ACTION NO. **B-98-108** |
| GROUP PENSION ADMINISTRATORS, INC., AND BROWNSVILLE INDEPENDENT SCHOOL DISTRICT AND WALLY JACKSON, SUPERINTENDENT <br> **Defendants** | § § § § § | |

### AGREED ORDER OF REMAND

On this the _10_ day of _December_, 1998, Plaintiff's Motion to Remand the above-entitled action to the 197th District Court of Cameron County, Texas, from whence it came, having regularly come on to be heard by this Court, and the Court having considered the motion and the parties agreement to the remand of this matter, the Court is of the opinion that Plaintiff's Motion to Remand should be Granted. Further, the Court finds that the Defendants' removal and consent to removal was not groundless or brought in bad faith.

IT IS THEREFORE ORDERED that the above-entitled action be and it hereby is remanded to the 197th District Court of Hidalgo County, Texas, for such other and further proceedings as that court deems proper.

Signed at Brownsville, Texas on the _10_ day of _December_ 1998.

_____
UNITED STATES DISTRICT JUDGE